**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Olumuyiwa Ola OLABANJI,
Defendant—Appellant.**

**No. 05–50015.**

United States Court of Appeals,
Ninth Circuit.

courts of this circuit except as provided by 9th Cir. R. 36–3.

Submitted Feb. 13, 2006.*

Decided Feb. 16, 2006.

Elyssa Getreu, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee.

Cara Devito, Esq., Las Vegas, NV, for Defendant-Appellant.

Olumuyiwa Ola Olabanji, Los Angeles, CA, pro se.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

## MEMORANDUM **

Olumuyiwa Ola Olabanji appeals from the district court's second revocation of supervised release and imposition of a 15-month term of imprisonment. Counsel for Olabanji has filed a motion to withdraw as counsel under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a brief stating that she is unable to find any non-frivolous issues for review. No pro se supplemental brief or answering brief has been filed.

Counsel for Olabanji concedes that the appeal is moot because Olabanji has been released from custody. We agree. *See Spencer v. Kemna,* 523 U.S. 1, 8, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *see also United States v. Tapia–Marquez,* 361 F.3d 535, 538 (9th Cir.2004).

Accordingly, counsel's motion to withdraw is **GRANTED** and the appeal is **DISMISSED**.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.